# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAST BAY RESTAURANT & TAVERN RETIREMENT PLAN<br>and<br>LIAN ALAN, DOUG CORNFORD, YULISA ELENES, KEVIN GLEASON, WEI-LING HUBER, and JOSE ZARATE, in their capacities as Trustees of the East Bay Restaurant and Tavern Retirement Plan,<br><br>                Plaintiffs,<br><br>v.<br><br>FUNDAMENTAL CAPITAL MANAGEMENT, LLC, and JOHN WOODROW KRIEGER,<br><br>                Defendants. | Demand for Jury Trial<br><br><br><br>Civil Action No. 1:20-cv-00795-UNA |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## [FED. R. CIV. P. 41(a)(1)(a)(i)]

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

      Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs East Bay Restaurant and Tavern Retirement Plan and Lian Alan, Douglas Cornford, Yulisa Elenes, Wei-Ling Huber, and Jose Zarate, in their capacities as Trustees (or former Trustees) of the East Bay Restaurant and Tavern Restaurant Plan, hereby voluntarily dismiss all claims made in this matter against Defendants Fundamental Capital Management, LLC and John Krieger.  Neither Defendant has served an Answer or Motion for Summary Judgment in this case.  Therefore, dismissal is appropriate pursuant to Rule 41(a)(1)(A)(i).

August 10, 2022

Respectfully submitted,

/s/ Claiborne S. Newlin
Claiborne S. Newlin, Esq.
Delaware ID No. 4745
MARKOWITZ & RICHMAN
Legal Arts Building
1225 King Street, Suite 804
Wilmington, DE 19801
Tel.: (302) 656-2308
Fax: (215) 790-0668
cnewlin@markowitzandrichman.com

John A. Macoretta
Diana J. Zinser
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Phone: (215) 496-0300
jmacoretta@srkattorneys.com
dzinser@srkattorneys.com

*Attorneys for Plaintiffs*

2